UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MICHEL TERRYN,

        Plaintiff,                       Case No. 1:05-cv-43

v.                                               Hon. Richard Alan Enslen

LARRY TROMBLEY, et al.,

        Defendants.
                                        /

## ORDER APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 21, 2005, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Defendant Trombley's Motion for Failure to State a Claim, Pursuant to FRCivP 12(b), or, in the Alternative, Motion for Summary Judgment (dkt. #23) is **GRANTED in part and DENIED in part**.

        **IT IS FURTHER ORDERED** that to the extent that plaintiff's complaint is interpreted as asserting a claim for medical malpractice under Michigan law, such claim is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                         /s/Richard Alan Enslen
August 31, 2005                                Richard Alan Enslen
                                                  United States District Judge